**2017–0239.   Sudberry v. Schweitzer.**
In Habeas Corpus. On petitioner's "supplemental add/joinder motion." Motion denied. Sua sponte,

cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.